IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYLVIA LOPEZ GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 5:25-cv-00693 |
| | § | |
| JEFFREY M. SOLOMON AND KAILA & | § | |
| SOLOMON LAW GROUP, LLC d/b/a | § | |
| GUARDIAN LAW, | § | |
| | § | |
| | § | |
| Defendants | § | |

## APPENDIX IN SUPPORT OF NOTICE OF REMOVAL

| DESCRIPTION | APP |
|---|---|
| Citation Issued for Jeffrey M. Solomon | 001 |
| Citation Issued for Guardian Law | 002 |
| Plaintiff's Original Petition filed April 28, 2025 | 003-009 |
| Defendants' Original Answer and Affirmative Defenses filed June 16, 2025 | 010-014 |
| Docket Sheet | 015-016 |
| Each document filed in the State Court Action: | |
| Plaintiff's Original Petition filed April 28, 2025 | 017-023 |
| Request for Service and Process filed April 29, 2025 | 024-025 |
| Citation Issued for Jeffrey M. Solomon filed May 12, 2025 | 026 |
| Citation Issued for Guardian Law filed May 12, 2025 | 027 |
| Notice of Appearance of Counsel filed May 28, 2025 | 028-029 |
| Affidavit of Service - Jeffrey M. Solomon filed May 30, 2025 | 030-031 |

| DESCRIPTION | APP |
|---|---|
| Affidavit of Service - Solomon Group, LLC dba Guardian Law May 30, 2025 | 032-033 |
| Civil Cover Sheet | 034-035 |
| Supplemental Civil Cover Sheet | 036-038 |
| Certificate of Interested Parties | 039-043 |
| Settlement Demand | 044-049 |

Respectfully Submitted,


*/s/ J. Heath Coffman*
J. Heath Coffman
State Bar No. 24059591
Attorney-in-charge
Manuel Ramos
State Bar No. 24099922

BRACKETT & ELLIS, PC
100 Main Street
Fort Worth, Texas 76102
(817) 338-1700
(817) 870-2265 – Facsimile
hcoffman@belaw.com
mramos@belaw.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was sent to all parties and counsel of record, pursuant to the Federal Rules of Civil Procedure, addressed as follows:

**Via Electronic Filing**

Fidel Rodriguez Jr.
Joshua C. Diaz
Rodriguez Trial Law
231 West Cypress
San Antonio, Texas 78212
210.777.5555
210.224.0533 - fax
fidel@fidrodlaw.com
jdiaz@fidrodlaw.com

Kristian Knapp
True Law Firm
445 Recoleta Road
San Antonio, Texas 78216
210.584.5881
210.756.8891 – fax
kris@truelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

DATED June 19, 2025.

*/s/ J. Heath Coffman*
J. Heath Coffman

Case Number: 2025CI09539

Sylvia Lopez Gonzalez VS Jeffrey  M. Solomon ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **224TH DISTRICT** COURT
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To:    **Jeffrey  M. Solomon**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition** was filed **on this the 28th day of April, 2024.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 12th day of May, 2025.**

**FIDEL RODRIGUEZ, III**
**ATTORNEY FOR PLAINTIFF**
**231 W Cypress ST**
**San Antonio TX  78212-5505**



Gloria A. Martinez
**Bexar County District** Clerk
**101 W. Nueva, Suite** 217

San Antonio, Texas 78205
By: /s/  Brenda Carrillo
    **Brenda Carrillo, Deputy**

---

SYLVIA LOPEZ GONZALEZ VS JEFFREY  M. SOLOMON ET AL

Case Number: 2025CI09539
Court: 224th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and ( ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M.

at _____ City_____ State_____ __ Zip_____

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE** OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
Declarant

**EXHIBIT A.1**

PRIVATE PROCESS

**Case Number:  2025CI09539**

Sylvia Lopez Gonzalez VS Jeffrey  M. Solomon ET AL                    IN THE **224TH DISTRICT COURT**
(Note: Attached Document May Contain Additional                      BEXAR COUNTY, TEXAS
Litigants)

**CITATION**

"THE STATE OF TEXAS"

Directed To:    **Kaila & Solomon Law Group, LLC DBA GUARDIAN LAW**
                **By Serving Jeffrey M Solomon**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition** was filed **on this the 28th day of April, 2025.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT  **on this the 12th day of May, 2025.**

**FIDEL RODRIGUEZ, III**
**ATTORNEY FOR PLAINTIFF**
**231 W Cypress ST**
**San Antonio TX  78212-5505**



**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
By: /s/ Brenda Carrillo
 Brenda Carrillo, Deputy

---

**SYLVIA LOPEZ GONZALEZ VS JEFFREY  M. SOLOMON ET AL**                    Case Number: 2025CI09539
                                                                          Court: 224th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and (  ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20_____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or (  ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

                                            _____ County, Texas

                                            BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

                                            _____
                                            **NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

                                            _____
                                                                                        **Declarant**

**EXHIBIT A.2**

APP 002

FILED
4/28/2025 5:09 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Martha Laura Medellin
Bexar County - 224th District Court

2 CIT PPS / SAC 2

## 2025CI09539

CAUSE NO. _____

| | | |
|---|---|---|
| SYLVIA LOPEZ GONZALEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | BEXAR COUNTY, TEXAS |
| | § | |
| JEFFREY M. SOLOMON AND KAILA & | § | |
| SOLOMON LAW GROUP, LLC d/b/a | § | |
| GUARDIAN LAW | | |
| | § | |
| *Defendants.* | | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

COMES NOW, SYLVIA LOPEZ GONZALEZ, Plaintiff, who files this Original Petition against JEFFREY M. SOLOMON AND KAILA & SOLOMON LAW GROUP, LLC d/b/a/ GUARDIAN LAW, Defendants, and would respectfully show this Honorable Court the following:

**I.**

**PARTIES**

1.    Plaintiff is a resident of San Antonio, Bexar County, Texas.

2.    Defendant JEFFREY M. SOLOMON, is an individual who appears to reside in Atlanta, Georgia, and is not licensed to practice law in the State of Texas.  He is a principal partner in the law offices of Defendant KAILA & SOLOMON LAW GROUP, LLC d/b/a/ GUARDIAN LAW.  This Defendant may be served with process at his place of business located as follows: 200 Sandy Springs Pl NE, Atlanta, GA 30328.

3.    Defendant KAILA & SOLOMON LAW GROUP, LLC d/b/a/ GUARDIAN LAW appears to be a Georgia limited liability company that conducts business in Texas.  This Defendant claims to have offices in San Antonio, Austin, Dallas, and Houston, Texas.  This

**EXHIBIT B.1**

Copy from re:SearchTX

Defendant may be served with process through its agent for service, Jeffrey M. Solomon, at his place of business located as follows: 200 Sandy Springs Pl NE, Atlanta, GA 30328.

4.    Plaintiff specifically invokes the right to institute this suit against the corporate Defendants in any other name which has been used to designate it, or which it has used.  Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true names of these parties substituted at a later time upon the motion of any party or of the Court.

## II.
### JURISDICTION

5.    This Court has jurisdiction as the Plaintiff's demands exceed the jurisdictional minimum of the District Court in Bexar County, Texas.

## III.
### VENUE

6.    Venue is proper in Bexar County, Texas pursuant to Texas Civil Practice and Remedies Code section 15.002(a)(1) and (a)(3), because it is the county where a substantial part of the events giving rise to this case occurred, and the county where the defendant's principal office is located.

## IV.
### FACTUAL BACKGROUND

7.    Short and simple, this is a Barratry case.  Defendants are located in Atlanta, Georgia, but they seek business from injured Texas parties by illegally soliciting the Plaintiff to hire them following a car crash.  Such conduct is prohibited under Texas law.  This lawsuit follows.

8.    On February 9, 2025, Plaintiff was injured in a car crash in San Antonio, Bexar County, Texas.  This crash occurred at approximately 9:01 am, at the intersection of Culebra and

2

Copy from re:SearchTX

Wilson Drive, and the force of the collision rendered the Plaintiff's vehicle inoperable. The San Antonio police arrived to the crash scene, and a tow truck was summoned to the scene of the crash. Plaintiff was transported to University Hospital. Her vehicle was towed to 7490 FM 1560 N by Mission Towing Service.

9.      Shortly thereafter, Plaintiff received unsolicited phone calls that eventually directed her to the Defendants in this cause. Plaintiff neither sought nor desired the services of these Defendants.

10.     Within hours of the collision, Plaintiff received a contract for her to sign from the Defendants in this case or their employees and/or representatives. See Attached Exhibit A. Plaintiff did sign this contract. Plaintiff has no idea at this point how Defendants acquired her contact information but fully expects that discovery in this case will bring such information to the Court.

11.     Once Plaintiff realized what happened here, Plaintiff terminated the contract with the Defendants, but they have yet to send a letter acknowledging their dismissal and releasing the file back to the Plaintiff with no reservation of any legal or financial interest in this matter.

**V.**

**CAUSES OF ACTION**

**VIOLATION OF TEXAS GOVERNMENT CODE §82.0651**

12.     Defendants, by and thru their employees, agents, and/or representatives, violated Texas Government Code § 82.0651 et seq. "Civil Liability for Prohibited Barratry." This statute allows for a client to bring an action to void a contract for legal services that was procured as a result of conduct violating Section 38.12(a) or (b), Texas Penal Code, or Rule 7.03 of the Texas Disciplinary Rules of Professional Conduct of the State Bar of Texas, and to recover any amount that may be awarded under Subsection (b) of Texas Government Code § 82.0651, even if the

3

Copy from re:SearchTX

contract was voided voluntarily. This statute applies because Plaintiff was a client who entered into a contract for legal services procured as a result of conduct violating 38.12(a)(2) and (6) of the Texas Penal Code: "A person commits an offense if, with intent to obtain an economic benefit the person:

> (2) solicits employment, either in person or by telephone, for himself or for another;

> (6) accepts or agrees to accept money or anything of value to solicit employment."

13.    Plaintiff seeks the statutory remedies available to her under Tex. Gov't Code § 82.0651, including but not limited to, actual damages for mental anguish caused by Defendant's wrongful conduct, a penalty in the amount of $10,000 and reasonable and necessary attorney fees.

## VI.
### DAMAGES

14.    As a result of Defendant's actions, Plaintiff brings this lawsuit for the following damages:

> a.    The full range of statutory damages available under Tex. Gov't Code § 82.0651(b)(1) thru (5);

> b.    Court costs;

> c.    Prejudgment interest and post-judgment interest;

> d.    Attorney's fees;

> e.    Exemplary damages; and

> f.    Any and all other damages, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

15.    Pursuant to Tex. R. Civ. P. 47(c)(1), Plaintiff affirmatively pleads that she seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and

4

penalties, and attorney fees and costs. Plaintiff reserves the right to amend this damage calculation as discovery progresses.

16.    Plaintiff also seeks both prejudgment and post judgment interest as allowed by law, for all costs of court, actual damages, and all other relief, both at law and in equity, to which Plaintiff may be entitled.

## VII.
## TEX. R. CIV. P. 193.7

17.    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby notifies Defendant that any documents Defendant produces in response to written discovery will be used in pretrial proceedings and at trial and will be deemed authentic unless valid objections are made to the authenticity of said documents.

## VIII.
## JURY DEMAND

18.    Plaintiff respectfully requests a trial by jury.

## IX.
## PRAYER

For the foregoing reasons, Plaintiff prays that upon final trial by a jury, which was previously demanded, Plaintiff is entitled to have judgment against Defendant and requests that the Court award money damages as listed above, in such amounts that the jury may deem appropriate and are allowable by law, along with any and all other relief the Court may deem appropriate.

5

Copy from re:SearchTX

APP 007

Respectfully submitted,

RODRIGUEZ TRIAL LAW
231 West Cypress
San Antonio, Texas  78212
(210) 777-5555; Telephone
(210) 224-0533; Telecopier

BY:    */S/ FIDEL RODRIGUEZ, JR.*
         FIDEL RODRIGUEZ, JR.
         State Bar No. 17145500
         fidel@fidrodlaw.com
         JOSHUA C. DIAZ
         State Bar No.  24142838
         jdiaz@fidrodlaw.com
         ATTORNEYS FOR PLAINTIFF

6

Copy from re:SearchTX

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carrie Patino on behalf of Fidel Rodriguez Jr
Bar No. 17145500
efile@fidrodlaw.com
Envelope ID: 100185941
Filing Code Description: Petition
Filing Description:
Status as of 4/29/2025 8:19 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Carrie Patino | | efile@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |
| Fidel Rodriguez Jr | | fidel@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |
| Joshua Diaz | | jdiaz@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |
| Fidel Rodriguez III | | tres@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |

Copy from re:SearchTX

FILED
6/16/2025 8:29 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Veronica Amesquita
Bexar County - 224th District Court

CAUSE NO. 2025CI09539

| | | |
|---|---|---|
| SYLVIA LOPEZ GONZALEZ | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| JEFFREY M. SOLOMON AND KAILA & | § | |
| SOLOMON LAW GROUP, LLC d/b/a | § | |
| GUARDIAN LAW | § | |
| | § | |
| Defendants. | § | 224TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendants Jeffrey M. Solomon and Kaila & Solomon Law Group, LLC d/b/a Guardian Law (collectively, "Defendants") file their Original Answer and Affirmative Defenses to Plaintiff Sylvia Lopez Gonzalez's Original Petition and for support would respectfully show as follows:

### I. GENERAL DENIAL

1.      In accordance with Texas Rule of Civil Procedure 92, Defendants generally deny each and every allegation contained in Plaintiff's Original Petition and inasmuch as said allegations are questions of fact, demand strict proof thereof by a preponderance of the evidence if Plaintiff can do so.

### II. AFFIRMATIVE DEFENSES

2.      Defendants further allege by way of affirmative defenses the following defenses, and to the extent necessary, each of the defenses set forth below are plead in the alternative.

3.      Defendants assert the affirmative defense of unclean hands.

4.      Defendants assert the affirmative defense of estoppel.

5.      Defendants assert the affirmative defense of lack of standing.

6.      Defendants assert the affirmative defense of waiver.

7.     Defendants assert the affirmative defense of *in pari delicto*.

8.     Defendants assert the affirmative defense of the statute of frauds.

9.     Defendants specifically give notice that they intend to rely upon such other defenses as may become available by law, under statute, or during any further discovery proceedings of this case, and hereby reserve the right to amend this Answer and assert such defenses, including the affirmative defenses set forth in Texas Rule of Civil Procedure 94.

## III. FOR THE COURT ONLY

10.    In the extremely unlikely event that Plaintiff recovers a judgment for punitive damages in this case, Defendants would show that their liability is limited by the provisions of Texas Civil Practice and Remedies Code chapter 41, the United States Constitution, and decisions thereunder.

11.    Defendants specifically deny that any acts or omissions asserted against them would justify any claim for punitive damages.  The imposition of punitive damages against Defendants in this case would be fundamentally unfair and would violate the Constitution of the United States and the Constitution of the State of Texas in the following respects:

  a. Due process requires proof of gross negligence and punitive damages by at least a clear and convincing standard of proof.

  b. The assessment of punitive damages, a remedy that is essentially criminal in nature, without safeguards greater than those afforded by Texas law, constitute infliction of a criminal penalty without the safeguards guaranteed by the Fifth, Sixth, Eighth and Fourteenth Amendments to the Constitution of the United States.

  c. Punitive damages under Texas law constitutes an excessive fine in violation of the Eighth Amendment of the Constitution of the United States as applied to the states through the Fourteenth Amendment of the Constitution of the United States.

  d. Punitive damages under Texas law constitute violations of Article 1, sections 3, 13 and 19 of the Constitution of the State of Texas, which

violations are similar to the Federal Constitution violations recited in subparagraphs (a), (b) and (c), above.

     e.    The assessment of punitive damages against Defendants would impose an excessive fine against it, in violation of the Eighth Amendment to the Constitution of the United States, and therefore in violation of the 14th Amendment right of due process.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Defendants Jeffrey M. Solomon and Kaila & Solomon Law Group, LLC d/b/a Guardian Law pray that Plaintiff take nothing by her suit, for costs of court, and for such and other further relief to which the Defendants may show themselves to be justly entitled.

Respectfully submitted,

*/s/ Manuel Ramos*
J. Heath Coffman
State Bar No. 24059591
Manuel Ramos
State Bar No. 24099922
mramos@belaw.com
hcoffman@belaw.com

**BRACKETT & ELLIS,**
A Professional Corporation
100 Main Street
Fort Worth, TX  76102-3090
(817) 338-1700
FAX (817) 870-2265

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2025, a true and correct copy of the foregoing document was served to all counsel of record pursuant to the Texas Rules of Civil Procedure:

*Via E-Serve*

Fidel Rodriguez Jr.
Joshua C. Diaz
Rodriguez Trial Law
231 West Cypress
San Antonio, Texas 78212
210.777.5555
210.224.0533 - fax
fidel@fidrodlaw.com
jdiaz@fidrodlaw.com

Kristian Knapp
True Law Firm
445 Recoleta Road
San Antonio, Texas 78216
210.584.5881
210.756.8891 – fax
kris@truelawfirm.com


*/s/ Manuel Ramos*
Manuel Ramos

Defendants' Original Answer and Affirmative Defenses                    Page 4

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Deborah Carlisle on behalf of Manuel Ramos
Bar No. 24099922
dcarlisle@belaw.com
Envelope ID: 102031194
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: Jeffrey M. Solomon and Kaila & Solomon Law Group, LLC d/b/a Guardian Law and Affirmative Defense
Status as of 6/17/2025 2:59 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Manuel Ramos | | mramos@belaw.com | 6/16/2025 8:29:33 AM | SENT |
| Heath Coffman | | hcoffman@belaw.com | 6/16/2025 8:29:33 AM | SENT |

224th District Court

## Case Summary

### Case No. 2025CI09539

| | | | |
|---|---|---|---|
| **Sylvia Lopez Gonzalez VS Jeffrey M. Solomon ET AL** | § | Location: | **224th District Court** |
| | § | Judicial Officer: | **224th, District Court** |
| | § | Filed on: | **04/28/2025** |

---

## Case Information

Case Type: OTHER CIVIL CASES
Case Status: **04/28/2025   Pending**

## Assignment Information

**Current Case Assignment**
Case Number      2025CI09539
Court            224th District Court
Date Assigned    04/28/2025
Judicial Officer 224th, District Court

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Gonzalez, Sylvia Lopez** | **KNAPP, KRISTIAN**<br>*Retained* |
| **Defendant** | **Kaila & Solomon Law Group, LLC** | **COFFMAN, J HEATH**<br>*Retained* |
| | **Solomon, Jeffrey M.** | **COFFMAN, J HEATH**<br>*Retained* |

---

## Events and Orders of the Court

| | |
|---|---|
| 04/28/2025 | New Cases Filed (OCA) |
| 04/28/2025 | PETITION |
| 04/29/2025 | REQUEST FOR SERVICE AND PROCESS |
| 05/12/2025 | **Citation**<br>Solomon, Jeffrey M.<br>Served: 05/20/2025<br>Kaila & Solomon Law Group, LLC<br>Served: 05/20/2025 |
| 05/28/2025 | NOTICE OF ENTRY OF APPEARANCE OF ATTORNEY OF<br>*KRISTIAN KNAPP* |
| 05/30/2025 | RETURN OF SERVICE OF<br>*Jeffrey M. Solomon* |
| 05/30/2025 | RETURN OF SERVICE OF<br>*Kaila & Solomon Law Group LLC dba Guardian Law* |
| 06/16/2025 | ORIGINAL ANSWER OF<br>*Jeffrey M. Solomon and Kaila & Solomon Law Group, LLC d/b/a Guardian Law and Affirmative Defense* |
| 06/17/2025 | LETTER TO DISTRICT CLERK |

**EXHIBIT C**

APP 015

224th District Court

# Case Summary

**Case No. 2025CI09539**

*Requesting Copies*

APP 016

FILED
4/28/2025 5:09 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Martha Laura Medellin
Bexar County - 224th District Court

2 CIT PPS / SAC 2

# 2025CI09539

CAUSE NO. _____

| | | |
|---|---|---|
| SYLVIA LOPEZ GONZALEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | BEXAR COUNTY, TEXAS |
| | § | |
| JEFFREY M. SOLOMON AND KAILA & | § | |
| SOLOMON LAW GROUP, LLC d/b/a | § | |
| GUARDIAN LAW | § | |
| | § | |
| *Defendants.* | | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, SYLVIA LOPEZ GONZALEZ, Plaintiff, who files this Original Petition against JEFFREY M. SOLOMON AND KAILA & SOLOMON LAW GROUP, LLC d/b/a/ GUARDIAN LAW, Defendants, and would respectfully show this Honorable Court the following:

### I.
### PARTIES

1.    Plaintiff is a resident of San Antonio, Bexar County, Texas.

2.    Defendant JEFFREY M. SOLOMON, is an individual who appears to reside in Atlanta, Georgia, and is not licensed to practice law in the State of Texas. He is a principal partner in the law offices of Defendant KAILA & SOLOMON LAW GROUP, LLC d/b/a/ GUARDIAN LAW. This Defendant may be served with process at his place of business located as follows: 200 Sandy Springs Pl NE, Atlanta, GA 30328.

3.    Defendant KAILA & SOLOMON LAW GROUP, LLC d/b/a/ GUARDIAN LAW appears to be a Georgia limited liability company that conducts business in Texas. This Defendant claims to have offices in San Antonio, Austin, Dallas, and Houston, Texas. This

**EXHIBIT D.1**

Copy from re:SearchTX

Defendant may be served with process through its agent for service, Jeffrey M. Solomon, at his place of business located as follows: 200 Sandy Springs Pl NE, Atlanta, GA 30328.

4.    Plaintiff specifically invokes the right to institute this suit against the corporate Defendants in any other name which has been used to designate it, or which it has used.  Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true names of these parties substituted at a later time upon the motion of any party or of the Court.

## II.
### JURISDICTION

5.    This Court has jurisdiction as the Plaintiff's demands exceed the jurisdictional minimum of the District Court in Bexar County, Texas.

## III.
### VENUE

6.    Venue is proper in Bexar County, Texas pursuant to Texas Civil Practice and Remedies Code section 15.002(a)(1) and (a)(3), because it is the county where a substantial part of the events giving rise to this case occurred, and the county where the defendant's principal office is located.

## IV.
### FACTUAL BACKGROUND

7.    Short and simple, this is a Barratry case.  Defendants are located in Atlanta, Georgia, but they seek business from injured Texas parties by illegally soliciting the Plaintiff to hire them following a car crash.  Such conduct is prohibited under Texas law.  This lawsuit follows.

8.    On February 9, 2025, Plaintiff was injured in a car crash in San Antonio, Bexar County, Texas.  This crash occurred at approximately 9:01 am, at the intersection of Culebra and

2

Copy from re:SearchTX

Wilson Drive, and the force of the collision rendered the Plaintiff's vehicle inoperable. The San Antonio police arrived to the crash scene, and a tow truck was summoned to the scene of the crash. Plaintiff was transported to University Hospital. Her vehicle was towed to 7490 FM 1560 N by Mission Towing Service.

9.    Shortly thereafter, Plaintiff received unsolicited phone calls that eventually directed her to the Defendants in this cause. Plaintiff neither sought nor desired the services of these Defendants.

10.    Within hours of the collision, Plaintiff received a contract for her to sign from the Defendants in this case or their employees and/or representatives. See Attached Exhibit A. Plaintiff did sign this contract. Plaintiff has no idea at this point how Defendants acquired her contact information but fully expects that discovery in this case will bring such information to the Court.

11.    Once Plaintiff realized what happened here, Plaintiff terminated the contract with the Defendants, but they have yet to send a letter acknowledging their dismissal and releasing the file back to the Plaintiff with no reservation of any legal or financial interest in this matter.

**V.**

**CAUSES OF ACTION**

**VIOLATION OF TEXAS GOVERNMENT CODE §82.0651**

12.    Defendants, by and thru their employees, agents, and/or representatives, violated Texas Government Code § 82.0651 et seq. "Civil Liability for Prohibited Barratry." This statute allows for a client to bring an action to void a contract for legal services that was procured as a result of conduct violating Section 38.12(a) or (b), Texas Penal Code, or Rule 7.03 of the Texas Disciplinary Rules of Professional Conduct of the State Bar of Texas, and to recover any amount that may be awarded under Subsection (b) of Texas Government Code § 82.0651, even if the

3

Copy from re:SearchTX

contract was voided voluntarily. This statute applies because Plaintiff was a client who entered into a contract for legal services procured as a result of conduct violating 38.12(a)(2) and (6) of the Texas Penal Code: "A person commits an offense if, with intent to obtain an economic benefit the person:

(2)  solicits employment, either in person or by telephone, for himself or for another;

(6)  accepts or agrees to accept money or anything of value to solicit employment."

13.    Plaintiff seeks the statutory remedies available to her under Tex. Gov't Code § 82.0651, including but not limited to, actual damages for mental anguish caused by Defendant's wrongful conduct, a penalty in the amount of $10,000 and reasonable and necessary attorney fees.

## VI.
### DAMAGES

14.    As a result of Defendant's actions, Plaintiff brings this lawsuit for the following damages:

a.    The full range of statutory damages available under Tex. Gov't Code § 82.0651(b)(1) thru (5);

b.    Court costs;

c.    Prejudgment interest and post-judgment interest;

d.    Attorney's fees;

e.    Exemplary damages; and

f.    Any and all other damages, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

15.    Pursuant to Tex. R. Civ. P. 47(c)(1), Plaintiff affirmatively pleads that she seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and

4

Copy from re:SearchTX

penalties, and attorney fees and costs. Plaintiff reserves the right to amend this damage calculation as discovery progresses.

16.     Plaintiff also seeks both prejudgment and post judgment interest as allowed by law, for all costs of court, actual damages, and all other relief, both at law and in equity, to which Plaintiff may be entitled.

## VII.
## TEX. R. CIV. P. 193.7

17.     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby notifies Defendant that any documents Defendant produces in response to written discovery will be used in pretrial proceedings and at trial and will be deemed authentic unless valid objections are made to the authenticity of said documents.

## VIII.
## JURY DEMAND

18.     Plaintiff respectfully requests a trial by jury.

## IX.
## PRAYER

For the foregoing reasons, Plaintiff prays that upon final trial by a jury, which was previously demanded, Plaintiff is entitled to have judgment against Defendant and requests that the Court award money damages as listed above, in such amounts that the jury may deem appropriate and are allowable by law, along with any and all other relief the Court may deem appropriate.

5

Copy from re:SearchTX

Respectfully submitted,

RODRIGUEZ TRIAL LAW
231 West Cypress
San Antonio, Texas  78212
(210) 777-5555; Telephone
(210) 224-0533; Telecopier

BY:     */S/ FIDEL RODRIGUEZ, JR.*
          FIDEL RODRIGUEZ, JR.
          State Bar No. 17145500
          fidel@fidrodlaw.com
          JOSHUA C. DIAZ
          State Bar No.  24142838
          jdiaz@fidrodlaw.com
          ATTORNEYS FOR PLAINTIFF

6

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carrie Patino on behalf of Fidel Rodriguez Jr
Bar No. 17145500
efile@fidrodlaw.com
Envelope ID: 100185941
Filing Code Description: Petition
Filing Description:
Status as of 4/29/2025 8:19 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Carrie Patino | | efile@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |
| Fidel Rodriguez Jr | | fidel@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |
| Joshua Diaz | | jdiaz@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |
| Fidel Rodriguez III | | tres@fidrodlaw.com | 4/28/2025 5:09:15 PM | SENT |

Copy from re:SearchTX

FILED
4/29/2025 11:01 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Wilna Williams
Bexar County - 224th District Court



**Cause Number:** 2025 CI 09539

**District Court :** 224TH

2 CITS PPS
SAC 2

# GLORIA A. MARTINEZ
## Bexar County District Clerk

## REQUEST FOR PROCESS

Style: SYLVIA LOPEZ GONZALEZ          **Vs.** JEFFREY M. SOLOMN AND KAILA & SOLOMON LAW GROUP, LC D/B/A GUARDIANLAW

**Request the following process: (Please check all that Apply)**

☑ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept with*out* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
**Name:** JEFREY M. SOLOMON, INDIVIDUALLY
**Registered Agent/By Serving:** _____
**Address** 200 SANDY SPRINGS Pl NE, ATLANTA,GA  30328
**Service Type:** (Check One) ☑ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**2.**
**Name:** KAILA & SOLOMON LAW GROUP, LLC D/B/A GUARDIAN LAW
**Registered Agent/By Serving:** _____
**Address** 200 SANDY SPRINGS Pl  NE, ATLANTA, GA  30328
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

3.
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

4.
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**Title of Document/Pleading to be Attached to Process:** _____
_____

**Name of Attorney/Pro se:** JOSHUA C. DIAZ- PLEASE EMAIL CITATION TO CARRIE@FIDRODLAW.COM  **Bar Number:** 24142838
**Address:** 231 W. CYPRESS _____  **Phone Number:** 210-777-5555
SAN ANTONIO, TX  78212

**Attorney for Plaintiff** ____ x ____ **Defendant** _____ **Other** _____

*****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED*****

**EXHIBIT D.2**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carrie Patino on behalf of Fidel Rodriguez Jr
Bar No. 17145500
efile@fidrodlaw.com
Envelope ID: 100208267
Filing Code Description: REQUEST FOR SERVICE AND PROCESS
Filing Description:
Status as of 4/29/2025 2:48 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Fidel Rodriguez Jr | | fidel@fidrodlaw.com | 4/29/2025 11:01:56 AM | SENT |
| Carrie Patino | | efile@fidrodlaw.com | 4/29/2025 11:01:56 AM | SENT |
| Fidel Rodriguez III | | tres@fidrodlaw.com | 4/29/2025 11:01:56 AM | SENT |
| Joshua Diaz | | jdiaz@fidrodlaw.com | 4/29/2025 11:01:56 AM | SENT |



Case Number: **2025CI09539**

Sylvia Lopez Gonzalez VS Jeffrey  M. Solomon ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **224TH DISTRICT** COURT
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:     **Jeffrey  M. Solomon**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition** was filed **on this the 28th day of April, 2024.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 12th day of May, 2025.**

**FIDEL RODRIGUEZ, III**
**ATTORNEY FOR PLAINTIFF**
**231 W Cypress ST**
**San Antonio TX  78212-5505**

Gloria A. Martinez
**Bexar County District** Clerk
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/  Brenda Carrillo
**Brenda Carrillo, Deputy**

---

SYLVIA LOPEZ GONZALEZ VS JEFFREY  M. SOLOMON ET AL

Case Number: 2025CI09539
Court: 224th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____M.

at _____ City_____ State_____ __ Zip_____

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

**NOTARY PUBLIC, STATE** OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____

Declarant

**EXHIBIT D.3**

PRIVATE PROCESS

**Case Number: 2025CI09539**

Sylvia Lopez Gonzalez VS Jeffrey  M. Solomon ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **224TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

<u>**CITATION**</u>

"THE STATE OF TEXAS"

Directed To:    **Kaila & Solomon Law Group, LLC DBA GUARDIAN LAW**
                **By Serving Jeffrey M Solomon**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition** was filed **on this the 28th day of April, 2025.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT  **on this the 12th day of May, 2025.**

**FIDEL RODRIGUEZ, III**
**ATTORNEY FOR PLAINTIFF**
**231 W Cypress ST**
**San Antonio TX  78212-5505**



**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
By: /s/ Brenda Carrillo
  Brenda Carrillo, Deputy

---

SYLVIA LOPEZ GONZALEZ VS JEFFREY  M. SOLOMON ET AL

Case Number: 2025CI09539
Court: 224th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and (  ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20_____ at _____ o'clock _____ M.

at _____ City_____ State_____ Zip_____

or (  ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

**EXHIBIT D.4**

APP 027

FILED
5/28/2025 9:27 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Lisa Henderson
Bexar County - 224th District Court

CAUSE NO. 2025CI09539

| | | |
|---|---|---|
| SYLVIA LOPEZ GONZALEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 224TH JUDICIAL DISTRICT |
| | § | |
| JEFFERY M. SOLOMON AND | § | |
| KAILA & SOLOMON LAW | § | |
| GROUP, LLC d/b/a GUARDIAN | § | BEXAR COUNTY, TEXAS |
| LAW | | |
| | | |
| Defendants | | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW PLAINTIFF, SYLVIA LOPEZ GONZALEZ, and gives notice that attorney Kristian Knapp of TRUE LAW FIRM, enters his appearance as co-counsel alongside Fidel Rodriguez, Jr. and Joshua C. Diaz of RODRIGUEZ TRIAL LAW. The undersigned respectfully request that Kristian Knapp be served with copies of all further notices, pleadings, correspondence, communications, and file documents.

Respectfully submitted,

/s/ Kristian Knapp
**Kristian Knapp**
State Bar No. 24133199
**TRUE LAW FIRM**
445 Recoleta Rd.
San Antonio, Texas 78216
Phone:        (210) 584-5881
Facsimile:     (210) 756-8891
Email: service@truelawfirm.com
**ATTORNEY FOR PLAINTIFF**

**EXHIBIT D.5**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Samuel Royston on behalf of Kristian Knapp
Bar No. 24133199
sam@truelawfirm.com
Envelope ID: 101359759
Filing Code Description: NOTICE OF ENTRY OF APPEARANCE OF ATTORNEY OF
Filing Description: KRISTIAN KNAPP
Status as of 6/3/2025 4:09 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Fidel Rodriguez Jr | | fidel@fidrodlaw.com | 5/28/2025 9:27:52 PM | SENT |
| Carrie Patino | | efile@fidrodlaw.com | 5/28/2025 9:27:52 PM | SENT |
| Fidel Rodriguez III | | tres@fidrodlaw.com | 5/28/2025 9:27:52 PM | SENT |
| Joshua Diaz | | jdiaz@fidrodlaw.com | 5/28/2025 9:27:52 PM | SENT |
| Kristian Knapp | | kris@truelawfirm.com | 5/28/2025 9:27:52 PM | SENT |
| True Law Firm Service | | service@truelawfirm.com | 5/28/2025 9:27:52 PM | SENT |
| Katrina Chapa | | kat@truelawfirm.com | 5/28/2025 9:27:52 PM | SENT |

FILED
5/30/2025 3:56 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Luis Riojas
Bexar County - 224th District Court

## AFFIDAVIT OF SERVICE

State of Texas                           County of Bexar                           District Court

Case Number: 2025CI09539

Plaintiff:
**SYLVIA LOPEZ GONZALEZ**

vs.

Defendant:
**JEFFREY M. SOLOMON AND KAILA &
SOLOMON LAW GROUP, LLC d/b/a
GUARDIAN LAW**

Received by Barrera Investigations on the 16th day of May, 2025 at 1:15 pm to be served on Jeffrey M. Solomon, 200 Sandy Springs Pl NE, Atlanta, GA 30328.

I, Richard Dalton Benito, being duly sworn, depose and say that on the **20th day of May, 2025** at 12:41 pm, I:

**PERSONALLY** served Jeffrey M. Solomon at the address of 200 Sandy Springs Pl NE, Atlanta, GA 30328 with the following: **PETITION; PLAINTIFF'S ORIGINAL PETITION; AUTOMATED** CERTIFICATE OF ESERVICE;.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 20th day of May, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Richard Dalton Benito
GA CPS #447

Barrera Investigations

Our Job Serial Number: KGS-2025012582

KIMBERLY D. GREENWAY
NOTARY
EXPIRES
GEORGIA
09-14-2025
PUBLIC
FORSYTH COUNTY

Copyright © 1992-2025 DreamBuilt Software, LLC - Process Server's Toolbox V9.0d

**EXHIBIT D.6**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carrie Patino on behalf of Fidel Rodriguez Jr
Bar No. 17145500
efile@fidrodlaw.com
Envelope ID: 101455063
Filing Code Description: RETURN OF SERVICE OF
Filing Description: Jeffrey M. Solomon
Status as of 6/4/2025 9:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Fidel Rodriguez Jr | | fidel@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Carrie Patino | | efile@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Fidel Rodriguez III | | tres@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Kristian Knapp | | kris@truelawfirm.com | 5/30/2025 3:56:14 PM | SENT |
| True Law Firm Service | | service@truelawfirm.com | 5/30/2025 3:56:14 PM | SENT |
| Joshua Diaz | | jdiaz@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Katrina Chapa | | kat@truelawfirm.com | 5/30/2025 3:56:14 PM | SENT |

Copy from re:SearchTX

FILED
5/30/2025 3:56 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Luis Riojas
Bexar County - 224th District Court

## AFFIDAVIT OF SERVICE

State of Texas                     County of Bexar                     District Court

Case Number: 2025CI09539

Plaintiff:
SYLVIA LOPEZ GONZALEZ

vs.

Defendant:
JEFFREY M. SOLOMON AND KAILA &
SOLOMON LAW GROUP, LLC d/b/a
GUARDIAN LAW

Received by Barrera Investigations on the 16th day of May, 2025 at 1:15 pm to be served on Kaila &
Solomon Law Group, LLC DBA GUARDIAN LAW, 200 Sandy Springs Pl NE, Atlanta, GA 30328

I, Richard Dalton Benito, being duly sworn, depose and say that on the 20th day of May, 2025 at 12:41 pm,
I:

served Kaila & Solomon Law Group, LLC DBA GUARDIAN LAW by delivering a true copy of the
PETITION; PLAINTIFF'S ORIGINAL PETITION; AUTOMATED CERTIFICATE OF ESERVICE; to
Jeffrey M. Solomon as Registered Agent at the address of: 200 Sandy Springs Pl NE, Atlanta, GA
30328.

Military Status: Based upon inquiry of party served, Defendant is not in the military service of the United
States of America.

Marital Status: Based upon inquiry of party served, Defendant is married.

Description of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair:
Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 20th day
of May, 2025 by the affiant who is personally known
to me.

_____                          _____
NOTARY PUBLIC                                    Richard Dalton Benito
                                                 GA CPS #447

                                                 Barrera Investigations

                                                 Our Job Serial Number: KGS-2025012583

KIMBERLY D. GREENWAY
NOTARY
EXPIRES
GEORGIA
09-14-2025
PUBLIC
FORSYTH COUNTY

Copyright © 1992-2025 DreamBuilt Software, LLC - Process Server's Toolbox V9.0d

## EXHIBIT D.7

Copy from re:SearchTX

APP 032

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carrie Patino on behalf of Fidel Rodriguez Jr
Bar No. 17145500
efile@fidrodlaw.com
Envelope ID: 101455063
Filing Code Description: RETURN OF SERVICE OF
Filing Description: Jeffrey M. Solomon
Status as of 6/4/2025 9:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Fidel Rodriguez Jr | | fidel@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Carrie Patino | | efile@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Fidel Rodriguez III | | tres@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Kristian Knapp | | kris@truelawfirm.com | 5/30/2025 3:56:14 PM | SENT |
| True Law Firm Service | | service@truelawfirm.com | 5/30/2025 3:56:14 PM | SENT |
| Joshua Diaz | | jdiaz@fidrodlaw.com | 5/30/2025 3:56:14 PM | SENT |
| Katrina Chapa | | kat@truelawfirm.com | 5/30/2025 3:56:14 PM | SENT |

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

SYLVIA LOPEZ GONZALEZ

## DEFENDANTS

JEFFREY M. SOLOMON AND KAILA & SOLOMON LAW GROUP, LLC D/B/A GUARDIAN LAW

**(b)** County of Residence of First Listed Plaintiff    BEXAR
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    FULTON COUNTY, GA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Kristian Knapp, True Law Firm, 445 Recoleta Road, San Antonio, TX 78216, 210.584.5881

Attorneys *(If Known)*

J. Heath Coffman, Manuel Ramos, Brackett & Ellis, P.C., 100 Main St., Fort Worth, TX 76102, 817.338.1700

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |     Liability    ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &     Pharmaceutical     Slander     Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |     Liability    ☐ 368 Asbestos Personal ☐ 340 Marine     Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product     Liability     Liability **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending     Product Liability | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    ☐ 380 Other Personal     Injury     Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury -    ☐ 385 Property Damage     Medical Malpractice     Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY**    **CIVIL RIGHTS**    **PRISONER PETITIONS** | | ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** |     Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate     Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/    ☐ 530 General     Accommodations | | |     Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty     Employment    **IMMIGRATION** | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other     Other    ☐ 462 Naturalization Application | | | |
| | ☐ 448 Education    ☐ 550 Civil Rights    ☐ 465 Other Immigration ☐ 555 Prison Condition     Actions ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. ßß 1332, 1441 and 1446

Brief description of cause:
Civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$250,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____ DOCKET NUMBER _____

DATE    06/19/25

SIGNATURE OF ATTORNEY OF RECORD
/s/Manuel Ramos

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## EXHIBIT E

APP 034

JS 44 Reverse (Rev. 04/21)  (TXND (4/21)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio [ ▼ ] DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.    Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Case No. 2025CI09539; Sylvia Lopez Gonzalez v. Jeffrey M. Solomon and Kaila & Solomon Law Group, LLC d/b/a Guardian Law, 224th Judicial District Court, Bexar County, Texas

2.    Was jury demand made in State Court?    ☒ Yes    ☐ No

If yes, by which party and on what date?

Plaintiff, Sylvia Lopez Gonzalez                04/28/25
Party Name                                      Date

**STATE COURT INFORMATION**:

1.    List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff: Sylvia Lopez Gonzalez; Plaintiff's Attorneys: Fidel Rodriguez, Jr., Joshua C. Diaz, Rodriguez Trial Law, 231 West Cypress, San Antonio, TX 78212, Telephone: (210) 777-5555, Facsimile: (210) 224-0533. Defendants: Jeffrey M. Solomon and Kaila & Solomon Law Group, LLC d/b/a Guardian Law; Defendants' Attorneys: J. Heath Coffman, Manuel Ramos, Brackett & Ellis, P.C., 100 Main St., Fort Worth, TX 76102, Telephone: (817) 338-1700, Facsimile (817) 870-2265.

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None.

APP 036

3.    List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None.

## COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:

1.    List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

None.

## VERIFICATION:

/s/Manuel Ramos                                06/19/25

Attorney for Removing Party                    Date


Defendants

Party/Parties


(NOTE:  Additional comment space is available on page 3)

TXWD - Supplement to JS 44 (Rev. 9/2019)                              Page 2

**ADDITIONAL COMMENTS (As necessary)**:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYLVIA LOPEZ GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| JEFFREY M. SOLOMON AND KAILA & | § | |
| SOLOMON LAW GROUP, LLC d/b/a | § | |
| GUARDIAN LAW, | § | |
| | § | |
| Defendants | § | |

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

According to Federal Rule of Civil Procedure 7.1, Jeffrey M. Solomon and Kaila & Solomon Law Group, LLC d/b/a Guardian Law (collectively, "Defendants") file their Certificate of Interested Parties and Disclosure Statement and states:

The following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Sylvia Lopez Gonzalez – Plaintiff**

c/o Fidel Rodriguez J.
csullivan@sullivanblackburn.com
Joshua C. Diaz
spratt@sullivanblackburn.com
Roxanne N. Bahadurji
rbahadurji@sullivanblackburn.com
Rodriguez Trial Law
231 West Cypress
San Antonio, Texas 78212
210.777.5555
210.224.0533 - fax

*And*

---

**EXHIBIT G**

Kristian Knapp
True Law Firm
445 Recoleta Road
San Antonio, Texas 78216
210.584.5881
210.756.8891 – fax
kris@truelawfirm.com

**Jeffrey M. Solomon - Defendant**

c/o J. Heath Coffman
Manuel Ramos
BRACKETT & ELLIS, PC
100 Main Street
Fort Worth, Texas 76102
(817) 338-1700
(817) 870-2265 – Facsimile
hcoffman@belaw.com
mramos@belaw.com

**Kaila & Solomon, LLC d/b/a Guardian Law - Defendant**

Kaila & Solomon Law Group, LLC d/b/a Guardian Law ("Guardian Law") is a Georgia
limited liability company with its principal place of business in Atlanta, Georgia. Guardian
Law is a 100 percent privately owned company.

c/o J. Heath Coffman
Manuel Ramos
BRACKETT & ELLIS, PC
100 Main Street
Fort Worth, Texas 76102
(817) 338-1700
(817) 870-2265 – Facsimile
hcoffman@belaw.com
mramos@belaw.com

The following is a full and complete list of attorneys representing the parties in this matter:

**Attorneys for Plaintiff:**

c/o Fidel Rodriguez J.
csullivan@sullivanblackburn.com
Joshua C. Diaz
spratt@sullivanblackburn.com
Roxanne N. Bahadurji

---

Certificate of Interested Persons                                                          Page 2

rbahadurji@sullivanblackburn.com
Rodriguez Trial Law
231 West Cypress
San Antonio, Texas 78212
210.777.5555
210.224.0533 - fax

*And*

Kristian Knapp
True Law Firm
445 Recoleta Road
San Antonio, Texas 78216
210.584.5881
210.756.8891 – fax
kris@truelawfirm.com

**Attorneys for Defendants**

c/o J. Heath Coffman
Manuel Ramos
BRACKETT & ELLIS, PC
100 Main Street
Fort Worth, Texas 76102
(817) 338-1700
(817) 870-2265 – Facsimile
hcoffman@belaw.com
mramos@belaw.com

Respectfully Submitted,


*/s/ J. Heath Coffman*
J. Heath Coffman
State Bar No. 24059591
Attorney-in-charge
Manuel Ramos
State Bar No. 24099922

BRACKETT & ELLIS, PC
100 Main Street
Fort Worth, Texas 76102
(817) 338-1700
(817) 870-2265 – Facsimile
hcoffman@belaw.com
mramos@belaw.com

**ATTORNEYS FOR DEFENDANTS**

APP 042

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was sent to all parties and counsel of record, pursuant to the Federal Rules of Civil Procedure, addressed as follows:

**Via Electronic Filing**

Fidel Rodriguez Jr.
Joshua C. Diaz
Rodriguez Trial Law
231 West Cypress
San Antonio, Texas 78212
210.777.5555
210.224.0533 - fax
fidel@fidrodlaw.com
jdiaz@fidrodlaw.com

Kristian Knapp
True Law Firm
445 Recoleta Road
San Antonio, Texas 78216
210.584.5881
210.756.8891 – fax
kris@truelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

DATED June 19, 2025.

*/s/ J. Heath Coffman*
J. Heath Coffman

3217438-v1

---

Certificate of Interested Persons                                              Page 5

**From:**        Kris Knapp <kris@truelawfirm.com>
**Sent:**        Thursday, June 5, 2025 2:08 PM
**To:**          Manuel Ramos; Heath Coffman; Jonathan Page; fidel@fidrodlaw.com
**Cc:**           inprime-legal_pulse_9194542666_ebbedd000e6725954e66__15312308
                @use1.mx.monday.com
**Subject:**    Re: Contact Information for Jonathan Page


Hi Manny,

Just checking in, I just want to highlight that if the demand is not met, we will non-suit and refile this after September 1st and seek $50,000 per person involved and our initial demand will be $250,000 and we wont settle for less than that as we can get that at trial plus fees and costs.

Hopefully your client comes to their senses and puts this to bed now for $60,000.

Best

Kristian Knapp
Managing Attorney
Bar Number: 24133199




445 Recoleta Road,
San Antonio, Texas
78216
www.truelawfirm.com
Main line: 210-584-5881
Fax: 210 756-8891





1

**EXHIBIT H**









t